

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

HENRY C. VANTHA                    CIVIL ACTION NO. 09-375

VERSUS

UNITED STATES OF AMERICA           DISTRICT JUDGE DEE D. DRELL
      and JOE KEFFER               MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are partially correct under the applicable law;

**IT IS ORDERED** that, defendants' motion to dismiss (Doc. Item 6) be GRANTED IN PART and plaintiff's Federal Tort Claims Act claims be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's <u>Bivens</u> claims are, for now, allowed to go forward toward discovery. The Death Certificate filed in opposition, not discussed nor dealt with in the Report and Recommendation, has provided enough facts to allow discovery to proceed.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 30 day of December, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**